No. 03–10958. MENDEZ *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 802] denied.

No. 03–11045. AZUBUKO *v.* BERKSHIRE MUTUAL INSURANCE CO. ET AL. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 803] denied.

No. 04–5104. SIEGEL *v.* CRESCENT RESOURCES, LLC, ET AL. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 803] denied.

No. 04–5726. SMITH *v.* GRIMES, JUDGE, COURT OF COMMON PLEAS, 13TH JUDICIAL DISTRICT OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 921] denied.

No. 04–6249. PATTERSON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 921] denied.

No. 04–6421. GOINS *v.* LOCAL 2047 I L A EXECUTIVE BOARD. C. A. 5th Cir.; and

No. 04–6913. STEPHANATOS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 20, 2004, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 04–6991. IN RE WOODBERRY; and

No. 04–6995. IN RE CHILDS. Petitions for writs of habeas corpus denied.